CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 1 5 2004

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| DONALD O. SHAFFER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:04CV00004 |
| UNITED PARCEL SERVICE, INC., | ) |
| Defendant. | ) |

### ORDER AND STIPULATION OF DISMISSAL

Upon agreement and stipulation of the parties, it is hereby ORDERED that this action shall be, and hereby is DISMISSED WITH PREJUDICE, with each party to be solely responsible for its own legal fees and costs.

The Clerk is directed to mail a certified copy of this Order to all counsel of record.

ENTERED: This _14th_ day of ~~May~~ June, 2004.

_____
UNITED STATES DISTRICT JUDGE

We hereby agree to entry of this Order and stipulate to the dismissal of this action with prejudice.

_____
Paul G. Beers, Esq.
Glenn, Feldmann, Darby & Goodlatte
210 First Street, S.W., Suite 200
Post Office Box 2887
Roanoke, VA 24001-2887

*Counsel for Donald O. Shaffer*


_____
James P. Naughton (VSB # 25923)
Sharon S. Goodwyn (VSB #28822)
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, Virginia  23510
Phone:  (757) 640-5300
Fax:     (757) 625-7720

*Counsel for United Parcel Service, Inc.*